UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: §
§
Crosspointplus Advisors Llc § Case No. 15-32097
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Jacqueline Calderin, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 22.28                    Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,109.27     Claims Discharged
                                               Without Payment: NA

Total Expenses of Administration: 7,890.73

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,039.03 | 7,890.73 | 7,890.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 7,477.79 | 7,477.79 | 2,109.27 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 18,516.82 | $ 15,368.52 | $ 10,000.00 |

4)  This case was originally filed under chapter 7 on  12/28/2015 .  The case was pending for 25 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/11/2018                    By:/s/Jacqueline Calderin, Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fradulent Transfer | 1241-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jacqueline Calderin | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| Jacqueline Calderin | 2200-000 | NA | 23.61 | 23.61 | 23.61 |
| Union Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| Ehrenstein Charbonneau Calderin | 3110-000 | NA | 6,231.00 | 3,500.00 | 3,500.00 |
| Ehrenstein Charbonneau Calderin | 3120-000 | NA | 107.65 | 107.65 | 107.65 |
| Maria Yip | 3410-000 | NA | 2,782.00 | 2,364.70 | 2,364.70 |
| Maria Yip | 3420-000 | NA | 114.77 | 114.77 | 114.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 11,039.03 | $ 7,890.73 | $ 7,890.73 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Bank Fsb | 7100-000 | NA | 7,477.79 | 7,477.79 | 2,109.27 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 7,477.79 | $ 7,477.79 | $ 2,109.27 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-32097 | RAM | Judge: | Robert A Mark | Trustee Name: | Jacqueline Calderin, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Crosspointplus Advisors Llc | | | | Date Filed (f) or Converted (c): | 12/28/2015 (f) |
| | | | | | 341(a) Meeting Date: | 02/01/2016 |
| For Period Ending: | 01/11/2018 | | | | Claims Bar Date: | 05/27/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Acc# 9975 | 22.28 | 0.00 | | 0.00 | FA |
| 2. Fradulent Transfer (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $22.28    $10,000.00    $10,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

counsel retained; settlement received; sent to accountant for tax return; in queue for TFR

Initial Projected Date of Final Report (TFR): 02/24/2018    Current Projected Date of Final Report (TFR): 04/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-32097
Case Name: Crosspointplus Advisors Llc
Taxpayer ID No: XX-XXX3420
For Period Ending: 01/11/2018

Trustee Name: Jacqueline Calderin, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX0923
Checking
Blanket Bond (per case limit): $123,797,500.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/19/16 | 2 | Nicholas Jay Rodriguez-Caballero Bank of America Cashier's Ck | buyback ORDER on 9019 Motion [ECF #23] (9.7.16) | 1241-000 | $10,000.00 | | $10,000.00 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,985.00 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,970.00 |
| 06/21/17 | 10001 | Jacqueline Calderin 936 SW 1st Avenue, #880 Miami, FL 33130 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,750.00 | $8,220.00 |
| 06/21/17 | 10002 | Jacqueline Calderin 936 SW 1st Avenue, #880 Miami, FL 33130 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $23.61 | $8,196.39 |
| 06/21/17 | 10003 | Ehrenstein Charbonneau Calderin 501 Brickell Key Drive, Suite 300 Miami, Fl 33131 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $3,500.00 | $4,696.39 |
| 06/21/17 | 10004 | Ehrenstein Charbonneau Calderin 501 Brickell Key Drive, Suite 300 Miami, Fl 33131 | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $107.65 | $4,588.74 |
| 06/21/17 | 10005 | Maria Yip Yip Associates One Biscayne Tower 2 S. Biscayne Blvd., Suite 2690 Miami, Florida 33131 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $2,364.70 | $2,224.04 |
| 06/21/17 | 10006 | Maria Yip Yip Associates One Biscayne Tower 2 S. Biscayne Blvd., Suite 2690 Miami, Florida 33131 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $114.77 | $2,109.27 |
| 06/21/17 | 10007 | American Express Bank Fsb C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Final distribution to claim 1 representing a payment of 28.21 % per court order. | 7100-000 | | $2,109.27 | $0.00 |

Page Subtotals: $10,000.00   $10,000.00

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0923 - Checking | $10,000.00 | $10,000.00 | $0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:  $0.00   $0.00